**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARIAM MALONE COLETTE
MARTINEZ,

          **Plaintiff,**

-vs-                                               Case No. 6:09-cv-1723-Orl-22GJK

ASHTIN LEASING, INC., ASHLEY
HOREN UNDERWOOD, ACE METRO
CAB COMPANY, BRUISSET PREVALON,
and ACE CAB COMPANY
DISPATCHER/SUPERVISOR ,

          **Defendants.**
_____

## ORDER

This cause is before the Court on the Motion for Permission to Appeal In Forma Pauperis (Doc. No. 20) filed on January 21, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Specifically, the Court certifies that the appeal is not taken in good faith for the reasons set forth in the Court's Order entered December 23, 2009 (Doc. No. 17).

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 17, 2010 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Permission to Appeal In Forma Pauperis (Doc. No. 20) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 5, 2010.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Mariam Malone Colette Martinez, *pro se*
Clerk, Eleventh Circuit Court of Appeals (Appeal No. 10-10153-E)